1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. DAUBERT, | ) 1:10-cv-0014 AWI GSA |
| | ) |
| | ) |
| Plaintiff, | ) ORDER GRANTING APPLICATION TO |
| | ) PROCEED IN FORMA PAUPERIS |
| v. | ) |
| | ) (Document 2) |
| CITY OF LINDSAY, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

        By application filed on January 6, 2009, Plaintiff has requested leave to proceed in forma

pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the

showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS

GRANTED.  28 U.S.C. § 1915 (a).


        IT IS SO ORDERED.

**Dated:   January 11, 2010**                          **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

1